**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANGEL GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2990-SLP |
| | ) | |
| JPMORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER**

On October 19, 2026, Plaintiff, appearing pro se, filed her Complaint and Jury Demand [Doc. No. 1]. Upon review, it appears to the Court that Plaintiff may have received the assistance of counsel in preparing the Complaint. Plaintiff must disclose any such "ghostwriting" on her behalf "because an attorney's provision of substantial legal assistance to a pro se party both inappropriately shields the attorney from accountability for his actions and affords the pro se party the unwarranted benefit of a liberal construction of h[is] filings." *Velasquez-Sierra v. Garland*, No. 22-9556, 2023 WL 7179437, at *3, n. 5 (10th Cir. Nov. 1, 2023) (requiring any attorney assisting in drafting briefs to "disclose such participation to th[e] court in an appropriate filing") (citing *Duran v. Carris*, 238 F.3d 1268, 1271-72 (10th Cir. 2001)).

Alternatively, Plaintiff may have utilized generative AI in drafting her Complaint. Plaintiff is advised of this Court's chambers' rule which requires litigants who utilize any generative AI "to disclose in the document that AI was used and the specific AI tool that was used." *See Disclosure and Certification Requirements – Generative Artificial*

*Intelligence*.[1] The Court further requires any party to "certify in the document that the person has checked the accuracy of any portion of the document drafted by generative AI, including all citations and legal authority." *Id*.

The Court DIRECTS Plaintiff, within 14 days of the date of this Order, or by November 4, 2026, to file a Notice that: (1) discloses whether Plaintiff has received the assistance of counsel and if so, to identify such counsel; and/or (2) if applicable, to submit a certification regarding the use of generative AI that complies with this Court's chamber rule.

IT IS SO ORDERED this 21st day of October, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**

[1] Available at https://www.okwd.uscourts.gov/sites/okwd/files/AI_Guidelines_JudgePalk.pdf.